DeConcini McDonald Yetwin & Lacy, P.C.
2525 East Broadway Blvd., Suite 200
Tucson, AZ 85716-5300
(520) 322-5000 (tel.)
(520) 322-5585 (fax)

Jody A. Corrales (AZ # 024869)
jcorrales@dmyl.com
Attorneys for *Jereamy Blayne Dixon and Shellie Ann Dixon*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | | Proceedings Under Chapter 12 |
|---|---|---|
| LBJ FARMS | ☐ | Case No. 4:11-bk-03867-BMW |
| RED HAWK FARMING & COOLING, LLC | ☐ | Case No. 4:11-bk-03869-BMW |
| JACK LEWIS DIXON | ☐ | Case No. 4:11-bk-03872-BMW |
| JEREAMY BLAYNE DIXON and SHELLIE ANN DIXON | ☒ | Case No. 4:11-bk-03873-BMW |
| JESSIE MAY DIXON | ☐ | Case No. 4:11-bk-03884-BMW |
| Debtors. | | (Jointly Administered) |

This Filing Applies to:

☐ All Debtors
☒ Specified Debtor (identified above)

## CERTIFICATE OF ELIGIBILITY FOR CHAPTER 12 DISCHARGE

Pursuant to 11 U.S.C. § 1228, I certify under penalty of perjury that:

1. I am not required by a judicial or administrative order, or by statute, to pay a domestic support obligation, or I have paid all domestic support obligation amounts payable under such order or statute that were due on or before the date of this certification (including all amounts due before the bankruptcy petition was filed and provided for by the Chapter 12 plan).

2. I have provided the Chapter 12 trustee my current address, the name and address of my employer, and the name of each creditor that holds a claim that is not

discharged under § 523(a)(2) or (4) or was reaffirmed under § 524(c).

    3.    After the petition was filed in this case, I completed an instructional course concerning personal financial management from an agency approved by the United States Trustee and filed a certificate of completion of such course.

    4.    I have not been convicted of any felony which demonstrates or my demonstrate that the filing of this case was an abuse of Title 11, United States Bankruptcy Code and there is no proceeding pending in which I may be found guilty of such a felony.

    5.    I do not owe a debt of the kind specified in 11 U.S.C. § 522(q)(1)(B) and there is no proceeding pending in which I may be found liable for such a debt and I have not been convicted of a felony which demonstrates that the filing of this bankruptcy case was an abuse of the provisions of the bankruptcy laws.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

_/s/ Jereamy Blayne Dixon_  10/10/18
Jereamy Blayne Dixon                         Date

_/s/ Shellie Ann Dixon_  10/10/18
Shellie Ann Dixon                             Date

[Not notarized under 28 U.S.C. § 1746]

ORIGINAL electronically filed this
16th day of October, 2018, with:

CLERK, UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA
https://ecf.azb.uscourts.gov

By /s/ Clarrissa Palma

DECONCINI MCDONALD YETWIN & LACY, P.C.
2525 East Broadway Blvd., Suite 200
Tucson, AZ 85716-5300

In re LBJ Farms, et al.; Case No. 4:11-bk-03867-BMW
I:\FILES\DOCS\FIRM05\456456\PLDG\1368426.DOCX

Page 2 of 2

Case 4:11-bk-03867-BMW    Doc 192    Filed 10/16/18    Entered 10/16/18 15:34:56    Desc
Main Document    Page 2 of 2