**GUST ROSENFELD** P.L.C.
One East Washington St., Suite 1600
Phoenix, Arizona 85004-2553
Telephone No. (602) 257-7989
Facsimile No. (602) 254-4878
Séan P. O'Brien – 010540
*spobrien@gustlaw.com*
Robert C. Williams - 033213
*rwilliams@gustlaw.com*

Attorneys for *Jack Lewis Dixon and Jessie May Dixon*

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re: | | Proceedings Under Chapter 12 |
|---|---|---|
| LBJ FARMS | ☐ | Case No. 4:11-bk-03867-BMW |
| RED HAWK FARMING & COOLING, LLC | ☐ | Case No. 4:11-bk-03869-BMW |
| JACK LEWIS DIXON | ☒ | Case No. 4:11-bk-03872-BMW |
| JEREAMY BLAYNE DIXON and SHELLIE ANN DIXON | ☐ | Case No. 4:11-bk-03873-BMW |
| JESSIE MAY DIXON | ☒ | Case No. 4:11-bk-03884-BMW |
| Debtors. | | (Jointly Administered) |

This Filing Applies to:

☐ All Debtors
☒ Specified Debtor (identified above)

## **CERTIFICATE OF ELIGIBILITY FOR CHAPTER 12 DISCHARGE**

Pursuant to 11 U.S.C. § 1228, I certify under penalty of perjury that:

1. I am not required by a judicial or administrative order, or by statute, to pay a domestic support obligation, or I have paid all domestic support obligation amounts payable under such order or statute that were due on or before the date of this

SPO:tmk 3381896.1 10/22/2018

1 certification (including all amounts due before the bankruptcy petition was filed and
2 provided for by the Chapter 12 plan).

3     2.     I have provided the Chapter 12 trustee my current address, the name and
4 address of my employer, and the name of each creditor that holds a claim that is not
5 discharged under § 523(a)(2) or (4) or was reaffirmed under § 524(c).

6     3.     After the petition was filed in this case, I completed an instructional
7 course concerning personal financial management from an agency approved by the
8 United States Trustee and filed a certificate of completion of such course.

9     4.     I have not been convicted of any felony which demonstrates or my
10 demonstrate that the filing of this case was an abuse of Title 11, United States
11 Bankruptcy Code and there is no proceeding pending in which I may be found guilty of
12 such a felony.

13     5.     I do not owe a debt of the kind specified in 11 U.S.C. § 522(q)(1)(B) and
14 there is no proceeding pending in which I may be found liable for such a debt and I have
15 not been convicted of a felony which demonstrates that the filing of this bankruptcy
16 case was an abuse of the provisions of the bankruptcy laws.

17     I declare under penalty of perjury that the foregoing is true and correct to the best
18 of my knowledge, information and belief.

19

20 Jack Lewis Dixon                Date

21

22 Jessie May Dixon                Date

23

24 [Not notarized under 28 U.S.C. § 1746]

25 ...

26 ...

1    **DATED** this 31st day of October, 2018.

2                                                    GUST ROSENFELD P.L.C.

3                                                    By /s/ Séan P. O'Brien #010540
                                                        Séan P. O'Brien
4                                                       Robert C. Williams
                                                        Attorneys for *Jack Lewis Dixon* and
5                                                       *Jessie May Dixon, Debtors*

6    **ORIGINAL** of the foregoing electronically
     filed on the 31st day of October, 2018, at:

7
     Clerk of the U.S. Bankruptcy Court
8    District of Arizona
     *https://ecf.azb.uscourts.gov*

9
     /s/ Joslin Vega
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

SPO:tmk 3381896.1 10/22/2018